William Wynkoop, Respondent, v. The Ludlow Valve Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Chester and Kellogg, JJ., dissenting.

Mary M. Cooke Woodruff, as Administratrix, etc., of Jason G. Cooke, Deceased, Appellant, v. The People's Bank of Potsdam, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Appellant, v. Addieson Stratton and American Fidelity Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

First National Bank of Richfield Springs, Appellant, v. Eleanor C. Keller and Others, Respondents.— Motion denied.

Fulton County Gas and Electric Company, Respondent, v. Hudson River Telephone Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Levi Hayne v. William E. Van Epps.— Order settled.

John A. Heidel, Respondent, v. Joseph Juran, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Archibald I. McNeely, Respondent, v. Julia A. McNeely, Appellant.— Motion granted, unless appellant within thirty days files and serves proposed case and exceptions, in which event motion denied.

In the Matter of the Summary Proceedings Brought by Isaac Milstein, Respondent, v. James T. Mosher, Appellant.— Motion denied. Chester, J., not voting.

The People of the State of New York, Respondent, v. Stephen H. Abbey, Appellant.— Motion granted.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company v. The Public Service Commission, Second District, etc., and Others.— Motion denied.

Margaret Polhamus, as Sole Executrix, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Motion granted on compliance by plaintiff within thirty days with the terms and conditions of order of January 7, 1908, and on payment of ten dollars costs of this motion, and unless such terms and conditions are complied with and said costs paid within thirty days, motion denied, with ten dollars costs.

Joseph Sanders v. The Delaware, Lackawanna and Western Railroad Company.—Motion granted.

Ira P. Swan, as Administrator, etc., of William E. Swan, Deceased, Respondent, v. James Harold Warner, Appellant.— Motion denied.

Martin Tillman v. Willis A. Rayner, as Executor, etc., of Andrew B. Rayner, Deceased.— Motion denied.

Trojan Railway Company v. The City of Troy and Others.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action ?